

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-14-00514-CV

**IN THE INTEREST OF R.E.S. AND R.K.S.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-04448
Honorable Gloria Saldana, Judge Presiding

## O R D E R

On August 27, 2014, Catherine Kernodle, one of the court reporters responsible for preparing the reporter's record in this appeal, filed a notification of late record, requesting additional time to complete the reporter's record. We grant her request and ORDER her to file the reporter's record on or before October 22, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court